**WO** KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Mornyngstarr Bernard,<br><br>   Plaintiff,<br><br>vs.<br><br>Yuma County Sheriff's Office,<br><br>   Defendant. | No. CV 12-1829-PHX-GMS (DKD)<br><br>**ORDER** |

Plaintiff Bryan Mornyngstarr Bernard, who is confined in the Yuma County Detention Center, filed a *pro se* Complaint. Plaintiff did not paid the filing fee or file an Application to Proceed *In Forma Pauperis*.

In an October 9, 2012 Order, the Court granted Plaintiff 30 days to: (1) pay the filing fee or file a complete Application to Proceed *In Forma Pauperis*; **and** (2) file an amended complaint on the court-approved form

On October 25, 2012, Plaintiff filed a First Amended Complaint (Doc. 11). To date, Plaintiff has not paid the filing fee or filed an Application to Proceed *In Forma Pauperis* and certified six-month trust account statement. The Court will grant Plaintiff an additional 30 days to pay the filing fee or file a complete Application to Proceed *In Forma Pauperis*.

**I.     Payment of Filing Fee**

When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump

**JDDL**

sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally as set forth in 28 U.S.C. § 1915(b)(1). An application to proceed *in forma pauperis* requires an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the six months preceding the filing of the Complaint. 28 U.S.C. § 1915(a)(2). An inmate must submit statements from each institution where he was confined during the six-month period. Id. To assist prisoners in meeting these requirements, the Court requires use of a form application. LRCiv 3.4(a).

If a prisoner is granted leave to proceed *in forma pauperis*, the Court will assess an initial partial filing fee of 20% of either the average monthly deposits or the average monthly balance in Plaintiff's account, whichever is greater. 28 U.S.C. § 1915(b)(1). An initial partial filing fee will only be collected when funds exist. 28 U.S.C. § 1915(b)(4). The balance of the fee will be collected in monthly payments of 20% of the preceding month's income credited to an inmate's account, each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2).

**II.     Failure to Comply With Statute**

Plaintiff has not paid the filing fee or filed an Application to Proceed *In Forma Pauperis*. Plaintiff will be permitted 30 days to either pay the $350.00 filing fee or file a complete Application to Proceed *In Forma Pauperis* **and certified six-month trust account statement**.

**III.    Warnings**

   **A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

   **B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice

1  to Plaintiff.

2      **C.**    **Possible Dismissal**

3  If Plaintiff fails to timely comply with every provision of this Order, including these
4  warnings, the Court may dismiss this action without further notice.  See Ferdik v. Bonzelet,
5  963 F.2d 1258, 1260-61(9th Cir. 1992) (a district court may dismiss an action for failure to
6  comply with any order of the Court).

7      **IT IS ORDERED:**

8      (1)    Within 30 days of the date this Order is filed, Plaintiff must either pay the
9  $350.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis* and a
10 certified six-month trust account statement.

11     (2)    If Plaintiff fails to either pay the $350.00 filing fee or file a completed
12 Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a
13 judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

14     (3)    The Clerk of Court must mail Plaintiff a court-approved form for filing an
15 Application to Proceed *In Forma Pauperis* (Non-Habeas).

16 DATED this 30th day of November, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge